1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   JAMES B. MASONER,              ) Case No. CV 05-3728 R(JC)
                                    )
12                Petitioner,       )
                                    )
13        v.                        ) ORDER ADOPTING FINDINGS,
                                    ) CONCLUSIONS, AND
14   A. KANE, Warden, et al.,       ) RECOMMENDATIONS OF
                                    ) UNITED STATES MAGISTRATE
15                Respondents.      ) JUDGE
     _____)
16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
18 Habeas Corpus by a Person in State Custody (the "Petition") and accompanying
19 documents, the parties' submissions in response to the Court's Order to Show
20 Cause Why Action Should Not Be Dismissed as Moot Based Upon Petitioner's
21 Release on Parole, and all of the records herein, including the attached Report and
22 Recommendation of United States Magistrate Judge. The Court approves and
23 adopts the United States Magistrate Judge's Report and Recommendation.
24       IT IS ORDERED that Judgment be entered denying the Petition and
25 dismissing this action as moot.
26 ///
27 ///
28 ///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on counsel for petitioner and respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 10, 2011

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE