1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

12   JAMES B. MASONER,                   )   Case No. CV 05-3728 R(JC)
                                         )
13                      Petitioner,      )
                                         )
14            v.                         )   JUDGMENT
                                         )
15   A. KANE, Warden, et al.,            )
                                         )
16                      Respondents.     )
                                         )
17   _____

18        Pursuant to this Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20        IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied,

21   and this action is dismissed as moot.

22

23        DATED:   March 10, 2011

24

25                                       _____

26                                       HONORABLE MANUEL L. REAL
                                         UNITED STATES DISTRICT JUDGE
27

28